**Fill in this information to identify the case:**

Debtor 1    Mary Ann Simpson

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the    Eastern      District of    California
                                                      (State)

Case number    19-20204

## Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**
**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of Creditor:**   Nationstar Mortgage LLC d/b/a Mr. Cooper      **Court claim No. (if known):**   5

**Last 4 digits** of any number you
use to identify the debtor's account:    0703

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____

| **Part 1:** | Itemize Postpetition Fees, Expenses, and Charges |
| --- | --- |

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | | Amount |
| --- | --- | --- | --- |
| 1. Late Charges | | (1) $ | |
| 2. Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. Attorney Fees | | (3) $ | |
| 4. Filing fees and court costs | | (4) $ | |
| 5. Bankruptcy/Proof of claim fees | | (5) $ | |
| 6. Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. Property inspection fees | | (7) $ | |
| 8. Tax advances (non-escrow) | | (8) $ | |
| 9. Insurance advances (non-escrow) | | (9) $ | |
| 10. Property preservation expenses. Specify: | | (10) $ | |
| 11. Other. Specify:   Plan Review | 02/01/2019 | (11) $ | 350.00 |
| 12. Other. Specify: | | (12) $ | |
| 13. Other. Specify: | | (13) $ | |
| 14. Other. Specify: | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Mary Ann Simpson | | | Case Number *(if known)* | 19-20204 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:     Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X     /s/ **Bryan S. Fairman**                                    Date   **April 16, 2019**
_____Signature_____

Print:     Bryan S. Fairman                                      Title:   Agent for Creditor
           First Name      Middle Name      Last Name

Company:   Aldridge Pite, LLP

Address:   4375 Jutland Dr. Suite 200; P.O. Box 17933
           Number      Street

           San Diego          CA                    92177-0933
           City               State                 Zip Code

Contact phone   (858)-750-7600                       Email   PCN-PPFN.Inquiries@nationstarmail.com

1    Bryan S. Fairman (SBN 261087)
      bfairman@aldridgepite.com
2    Joseph C. Delmotte (SBN 259460)
      jdelmotte@aldridgepite.com
3    **ALDRIDGE PITE, LLP**
      4375 Jutland Drive, Suite 200
4    P.O. Box 17933
      San Diego, CA 92177-0933
5    Telephone: (858) 750-7600
      Facsimile:  (619) 590-1385
6

7    Agent for
      Nationstar Mortgage LLC d/b/a Mr. Cooper
8

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| In re | Chapter 13 |
| MARY ANN SIMPSON, | Case No. 19-20204 |
| Debtor. | **CERTIFICATE OF SERVICE** |

I, Melissa Gonzalez, hereby certify that:

I am over the age of 18 and not a party to this proceeding. My business address is Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305.

On July 19, 2019, a copy of the following documents:

- NOTICE OF POST-PETITION MORTGAGE FEES EXPENSES AND CHARGES

was served by placing a copy thereof enclosed in a sealed envelope in the United States Mail, first class, postage prepaid, and/or by sending copies via e-mail pursuant to Local Bankruptcy Rule 7005-1(d)(1) to parties consenting to service by electronic means, as follows:

/././
/././
/././

- 1 -

**U.S. MAIL (FIRST CLASS)**

Mary Ann Simpson
5017 Harebell Court
Sacramento, CA 95842

**ELECTRONIC MAIL**

Jan P. Johnson
PO Box 1708
Sacramento, CA 95812

Department of Justice
Eastern District of California - Sacramento
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Matthew J. DeCaminada
1510 J Street Ste 125
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 19, 2019

/s/Melissa Gonzalez
MELISSA GONZALEZ